# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 16-03019-01-CR-S-MDH |
| JAMES R. DYE, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Information filed on February 11, 2016, and Defendant's admittance of the Forfeiture Allegation contained in the Information, are now <u>Accepted.</u> The Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

<u>*s/Douglas Harpool*</u>
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

Date: <u>March 1, 2016</u>